No. 891. MacNeil v. State Realty Co. of Boston, Inc. Land Court of Massachusetts. Certiorari denied. *Angus M. MacNeil,* petitioner, *pro se. Phillip Cowin* for respondent.

No. 892. O'Day Corporation v. Talman Corporation et al. C. A. 1st Cir. Certiorari denied. *Robert B. Russell* for petitioner. *William H. Edwards* for respondents.

No. 894. Toffenetti Restaurant Co., Inc., v. National Labor Relations Board. C. A. 2d Cir. Certiorari denied. *Morris Teitelbaum* and *Pauline Teitelbaum* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 897. Li Greci v. Greene, Tweed & Co. et al. Court of Appeals of New York. Certiorari denied. *Lucien J. Rossi* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Irving Galt,* Assistant Solicitor General, *Daniel Polansky,* Assistant Attorney General, and *Sheldon Raab,* Deputy Assistant Attorney General, for the Workmen's Compensation Board, respondent.

No. 899. Association of Maximum Service Telecasters, Inc., v. Federal Communications Commission et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Ernest W. Jennes, Edgar F. Czarra, Jr.* and *William H. Allen* for petitioner. *Solicitor General Cox, Assistant Attorney General Loevinger, Lionel Kestenbaum, Max D. Paglin, Daniel R. Ohlbaum* and *Ruth V. Reel* for the Federal Communications Commission; *Edward P. Morgan* and *Herbert E. Forrest* for New Orleans Television Corp.; and *Aloysius B. McCabe* for Capitol Broadcasting Co., respondents.